```
 1  DANIEL G. BOGDEN
    United States Attorney
 2
    GREG ADDINGTON
 3  Nevada Bar No. 6875
    Assistant United States Attorney
 4  100 West Liberty, Suite 600
    Reno, Nevada 89501
 5  Tel.: (775) 784-5438
    Fax:  (775) 784-5181
 6
```

```
       FILED          RECEIVED
       ENTERED        SERVED ON
                COUNSEL, PARTIES OF RECORD

              AUG - 4 2010

           CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
       BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUDY KROSHUS, et al., | 3:08-cv-246-LDG-RAM |
| Plaintiffs, | ORDER ON (# 460) MOTION FOR ORDER PROVIDING FOR CLAWBACK OF INFORMATION INADVERTENTLY DISCLOSED |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |
| ALICIA UHOUSE, et al., | 3:08-cv-0285-LDG-RAM |
| Plaintiffs, | |
| v. | ORDER ON (# 217) MOTION FOR ORDER PROVIDING FOR CLAWBACK OF INFORMATION INADVERTENTLY DISCLOSED |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | |
| Defendants. | |
| BILL ADAMSON et al., | 3:08-CV-621-LDG-RAM |
| Plaintiffs, | |
| v. | ORDER ON (# 93) MOTION FOR ORDER PROVIDING FOR CLAWBACK OF INFORMATION INADVERTENTLY DISCLOSED |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

1

```
LARRY J. MOORE, et al.,           )   3:09-CV-167-LDG-RAM
                                  )
        Plaintiffs,               )
                                  )   ORDER ON (# 81)
    v.                            )   MOTION FOR ORDER PROVIDING
                                  )   FOR CLAWBACK OF INFORMATION
UNITED STATES OF AMERICA,         )   INADVERTENTLY DISCLOSED
                                  )
        Defendant.                )
_____ )
                                  )
JAMES ADGETT, et al.,             )   3:09-CV-649-LDG-RAM
                                  )
        Plaintiffs,               )
                                  )   ORDER ON (# 42)
    v.                            )   MOTION FOR ORDER PROVIDING
                                  )   FOR CLAWBACK OF INFORMATION
UNITED STATES OF AMERICA,         )   INADVERTENTLY DISCLOSED
                                  )
_____ )
                                  )   3:09-CV-713-LDG-RAM
JUDY KROSHUS, et al.,             )
                                  )
        Plaintiffs,               )   ORDER ON (# 111)
                                  )   MOTION FOR ORDER PROVIDING
    v.                            )   FOR CLAWBACK OF INFORMATION
                                  )   INADVERTENTLY DISCLOSED
UNITED STATES OF AMERICA, et      )
al.,                              )
                                  )
        Defendants.                )
_____ )
                                  )
BILL ADAMSON et al.,              )
                                  )
        Plaintiffs,               )   3:09-cv-715-LDG-RAM
                                  )
    v.                            )   ORDER ON (# 48)
                                  )   MOTION FOR ORDER PROVIDING
UNITED STATES OF AMERICA,         )   FOR CLAWBACK OF INFORMATION
                                  )   INADVERTENTLY DISCLOSED
        Defendant.                )
_____ )
```

This matter came on for hearing before the Court on August 3, 2010. There being no objection to the proposed order and good cause appearing therefor, IT IS HEREBY ORDERED AS FOLLOWS:

2

1. It is recognized that the prosecution and defense of these related actions will require each party to review and to disclose large quantities of information and documents through the discovery process. As a result, documents and images of documents already deposited or to be deposited with Sunshine Litigation Services ("Sunshine") inadvertently could include materials subject to privilege or other legally recognized protection (hereinafer "privileged information") and therefore not subject to disclosure in discovery. Such inadvertent disclosure of privileged information or documents is possible despite due diligence and reasonable care taken to protect privileged information.

2. Any party who has deposited materials with Sunshine may request the other parties to return privileged documents inadvertently produced with non-privileged documents. Such a request shall identify the document with particularity and state the privilege or protection being asserted and the basis for the asserted claim.

3. Any party who has deposited materials with Sunshine may assert a claim of privilege after receiving notice that another party intends to refer to, quote, cite, rely upon or otherwise use the material or information contained therein. In asserting such a claim of privilege, the depositing party shall at a minimum identify the document with particularity and state the privilege or protection being asserted and the basis for the asserted claim. Such a claim shall be made in a timely manner so that the claim of privilege may be challenged and any such challenge resolved without undue delay. A claim of privilege made within 21 days after receiving such a notice shall be regarded as timely.

4. If a party does not agree with the assertion of a claim of privilege by a depositing party under paragraphs 2 or 3, it shall notify the depositing party within 14 days after the receipt of the claim of privilege. The depositing party may, after meeting and conferring as required by

3

applicable rules, move the court for a determination of that claim. The failure of the depositing party to file such a motion within 30 days after receiving notification by another party of a disagreement regarding a claim of privilege shall operate as a waiver of the claim.

5. Once a document or information has been identified as privileged in accordance with paragraphs 2 or 3, no party shall in any way copy, reproduce, refer to, quote, cite, rely upon or otherwise use in any manner, any such document or its contents in any proceeding unless and until the Court determines that the document is not protected from discovery or the depositing party withdraws or waives the claim of privilege (except that the document or information may be identified or produced, under seal or *in camera*, in connection with a motion regarding the validity of the claim of privilege).

6. If the claim of privilege is upheld by the Court or the receiving party does not challenge the claim of privilege, all copies of the privileged documents so identified shall be returned to the depositing party and counsel for each party shall certify in writing to counsel for the depositing party that all such documents have been returned.

7. Inadvertent disclosure of any information or document which the depositing party later claims should not have been disclosed because of any privilege will not be deemed to constitute a waiver of the privilege. No parties shall claim or otherwise urge the Court to deem a privilege to have been waived solely on the basis of the inadvertent disclosure of the information or documents to which the privilege applies.

Date: Aug. 4, 2010

ROBERT A. McQUAID, JR.
United States Magistrate Judge

4

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing (proposed) ORDER ON MOTION FOR ORDER PROVIDING FOR CLAWBACK OF INFORMATION INADVERTENTLY DISCLOSED was made through the Court's electronic filing and notification or by sending a copy thereof by electronic mail from Reno, Nevada, addressed to the following addressee(s) on August 3, 2010.

| | |
|---|---|
| Robert Hager, Esq.<br>Treva Hearne, Esq.<br>HAGER & HEARNE<br>245 East Liberty, #110<br>Reno, NV 89501<br>Counsel for Plaintiffs<br>    Kroshus/Adamson | parrlawoffices@sbcglobal.net<br>thearne@hagerhearnelaw.com<br>rhager@hagerhearnelaw.com<br>775-329-5800<br>775-329-5819 (fax) |
| Lee Hotchkin, Esq.<br>1025 Ridgeview Drive, Suite 200<br>Reno, NV 89519<br>Counsel for Plaintiffs<br>    Kroshus/Adamson | hotchkinlaw@sbcglogal.net<br>lthotch@sbcglobal.net<br>775-786-5791<br>775-786-8524 (fax) |
| Robert Maddox, Esq.<br>Nancy Jasculca, Esq.<br>10587 Double R Blvd., # 100<br>Reno, NV 89521<br>Counsel for Plaintiffs<br>    Uhouse/Adgett/Moore | rmaddox@maddoxandassociates.com<br>njasculca@maddoxandassociates.com<br>775-322-3666<br>775-322-6338 (fax) |
| Patrick Leverty, Esq.<br>Vernon Leverty, Esq.<br>William Ginn, Esq.<br>832 Willow Street<br>Reno, NV 89502<br>Counsel for Plaintiffs<br>    Uhouse/Adgett/Moore | pat@levertylaw.com<br>gene@levertylaw.com<br>bill@levertylaw.com<br>775-322-6636<br>775-322-3953 (fax) |
| Calvin R.X. Dunlap, Esq.<br>Monique Laxalt, Esq.<br>537 Ralston Street<br>Reno, NV 89503<br>Counsel for Plaintiffs<br>    Uhouse/Adgett/Moore | worldlyx@att.net<br>monique.laxalt@sbcglobal.net<br>775-323-7790<br>775-323-5454 (fax) |
| William Doyle, Esq.<br>Roger Strassburg, Esq.<br>THE DOYLE FIRM<br>1313 East Osborne Road<br>Phoenix, AZ 85014<br>Counsel for TCID and Overvold | bfinnell@doylelawgroup.com<br>602-240-5055<br>602-240-6951 (fax) |

| | | |
|---|---|---|
| 1 | William Doyle, Esq. | wdoyle@doylelawgroup.com |
| 2 | Roger Strassburg, Esq. | roger.strassburg@cox.net |
|   | THE DOYLE FIRM | bfinnell@doylelawgroup.com |
| 3 | 8500 Capella Rico Avenue | |
|   | Las Vegas, NV 89117-9055 | 702-240-9205 |
| 4 | Counsel for TCID and Overvold | 702-233-2107 (fax) |
| 5 | Michael VanZandt, Esq. | mvanzandt@hansonbridgett.com |
|   | HANSON BRIDGETT LLP | |
| 6 | 425 Market Street, 26th Floor | 415-777-3200 |
|   | San Francisco, CA 94105 | 415-995-3566 (fax) |
| 7 | Counsel for TCID and Overvold | |
| 8 | Lyman McConnell, Esq. | lyman@tcid.org |
|   | 1247 Rice Road | |
| 9 | Fallon, NV 89406 | 775-423-6923/2141 |
|   | Counsel for TCID and Overvold | 775-423-5354 (fax) |
| 10 | | |
|   | Charles Burcham, Esq. | clb@thorndal.com |
| 11 | THORNDAL, ARMSTRONG, DELK, | |
|   |   BALKENBUSH & EISENGER | 775-786-2882 |
| 12 | 6590 S. McCarran Blvd., Suite B | 775-786-8004 |
|   | Reno, NV 89509 | |
| 13 | Counsel for Lyon County | |
| 14 | Brent Kolvet, Esq. | btk@thorndal.com |
|   | THORNDAL, ARMSTRONG, DELK, | |
| 15 |   BALKENBUSH & EISENGER | 775-786-2882 |
|   | 6590 S. McCarran Blvd., Suite B | 775-786-8004 |
| 16 | Reno, NV 89509 | |
|   | Counsel for City of Fernley | |
| 17 | | |
|   | Newel Knight, Esq. | nbknight@sbcglobal.net |
| 18 | STEPHENS, KNIGHT & EDWARDS | |
|   | 401 Ryland Street, Suite 330 | 775-786-5776 |
| 19 | Reno, NV 89502 | 775-786-5044 (fax) |
|   | Counsel for CAL Investments | |
| 20 |   and Eilrich | |
| 21 | Michael Stoberski, Esq. | mstoberski@rocgd.com |
|   | Zachary J. Thompson, Esq. | |
| 22 | OLSON, CANNON, GORMLEY & | |
|   |   DESRUISSEAUX | 702-384-4012 |
| 23 | 9950 West Cheyenne Avenue | 702-383-0701 (fax) |
|   | Las Vegas, NV 89129 | |
| 24 | Counsel for RE/MAX Realty | |
|   |   And Judy Ashton | |
| 25 | | |
|   | Thomas Mirczak, Esq. | glenna.gish@zurichna.com |
| 26 | CISNEROS CLAYSON & MARIAS | thomas.mirczak@zurichna.com |
|   | One East First Street, #1400 | 775-326-8200 |
| 27 | Reno, NV 89501 | 775-326-8206 (fax) |
|   | Counsel for King Construction | |
| 28 | | |

```
Anthony T. Case, Esq.
Hayley B. Chambers, Esq.          cfedor@farmercase.com
Kathryn Holbert, Esq.             rrokni@farmercase.com
FARMER CASE & FEDOR               kholbert@farmercase.com
2510 Wigwam Pkwy, Suite 206       702-579-3900
Henderson, NV 89074               702-739-3001 (fax)
Counsel for Keystone Realty

John Aberasturi, Esq.             jaberasturi@etsreno.com
ERICKSON THORPE & SWAINSTON       lligouri@etsreno.com
99 West Arroyo Street             775-786-3930
Reno, NV 89509                    775-786-4160 (fax)
Counsel for LL Realty

Clayton Brust, Esq.
Kent Robison, Esq.                cbrust@rbslattys.com
ROBISON BELAUSTEGUI SHARP & LOW   krobison@rbslattys.com
71 West Washington Street         775-329-3151
Reno, NV 89503                    775-329-7941 (fax)
Counsel for Greater Nevada Builders,
    Steve Campoy Contracting

Jean A. Weil, Esq.
WEIL & DRAGE                      Jweil@weildrage.com
6085 W. Twain Avenue, Suite 203
Las Vegas, Nevada 89103           702-314-1905
Counsel for Bidart, Ugalde,       702-314-1909 (fax)
    and V-Point

Joan Wright, Esq.                 jwright@allisonmackenzie.com
Christopher MacKenzie, Esq.       cmackenzie@allisonmackenzie.com
Virginia O'Neill, Esq.            voneill@allisonmackenzie.com
ALLISON, MACKENZIE, etc.
402 N. Division Street
Carson City, NV 89702             775-687-0202
Counsel for Crisp Development     775-882-7918 (fax)
    Inc. And Berle Crisp

Mark L. Gentile, Esq.
GENTILE LAW GROUP                 mark@gentilelawproup.com
1640 Alta Drive, Suite 12
Las Vegas, NV 89106               702-251-8445
Counsel for Charles Prandi        702-253-7431

Kelly R. Chase, Esq.
LAW OFFICE KELLY R. CHASE         kellyrchaselaw@aol.com
P.O. Box 2800
Minden, NV 89423                  775-782-3099
Counsel for Nevada Johnson, Inc.  775-782-3082 (fax)

Kenneth V. Ward, Esq.             kenwardlaw@aol.com
P.O. Box 2500
Fernley, NV 89408                 775-575-2228
Counsel for CTI, Inc. and         775-575-2257 (fax)
    William Carlson
```

| | |
|---|---|
| Ryan J. Mandell, Esq.<br>GEORGESON ANGARA CHTD.<br>5450 Longley Lane<br>Reno, NV 89511<br>Counsel for Mary Noriega and<br>    Adrien Noriega | ryan@renotahoelaw.com<br><br>775-827-6440<br>775-827-9256 |
| Charles W. Spann, ESq.<br>PERRY SPANN & WESTBROOK<br>6130 Plumas Street<br>Reno, NV 89519<br>Counsel for Latuska and Warn | cspann@perryspann.com<br><br>775-829-2002<br>775-829-1808 (fax) |
| Donald A. Lattin, Esq.<br>MAUPIN COX & LEGOY<br>4785 Caughlin Parkway<br>Reno, NV 89520<br>Counsel for Matthews Land, Inc. | dlattin@mclrenolaw.com<br><br>775-827-2000<br>775-827-2185 (fax) |
| Michael Pintar, Esq.<br>Micheline Fairbank, Esq.<br>BURTON BARTLETT & GLOGOVAC<br>50 West Liberty Street, # 650<br>Reno, NV 89501<br>Counsel for Biral and Suennen | mpintar@bbg.net<br>mfairbank@bbg.net<br><br>775-333-0400<br>775-333-0412 (fax) |
| Christian L. Moore, Esq.<br>LEMONS GRUNDY & EISENBERG<br>6005 Plumas Street, Suite 300<br>Reno, NV 89519<br>Counsel for Meppen and Davis | clm@lge.net<br><br>775-786-6868<br>775-786-9716 (fax) |

                                          /s/ Greg Addington
                                        GREG ADDINGTON