# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY KROSHUS, et al., | 3:08-cv-0246-LDG-RAM |
|     Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
|     Defendants. | |
| ALICIA UHOUSE, et al., | 3:08-cv-0285-LDG-RAM |
|     Plaintiffs, | |
| v. | |
| THE UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | |
|     Defendants. | |
| BILL ADAMSON, et al., | 3:08-cv-0621-LDG-RAM |
|     Plaintiffs, | |
| v. | |
| THE UNITED STATES OF AMERICA, | |
|     Defendant. | |

| | |
|---|---|
| LARRY J. MOORE, et al., | 3:09-cv-0167-LDG-RAM |
|     Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
|     Defendants. | |
| JAMES ADGETT, et al., | 3:09-cv-0649-LDG-RAM |
|     Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
|     Defendant. | |
| JUDY KROSHUS, et al., | 3:09-cv-0713-LDG-RAM |
|     Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
|     Defendants. | |
| BILL ADAMSON, et al., | 3:09-cv-0715-LDG-RAM |
|     Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
|     Defendant. | |
| JASON AMES, et al., | 3:10-cv-0463-LDG-RAM |
|     Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
|     Defendant. | |

1    THE COURT ORDERS that a video conference hearing on Truckee Carson Irrigation District's motion for mediation of all claims shall be conducted on September **15**, 2010, at **1:00 PM**. The parties in the captioned cases shall be present in Reno, Nevada, in a Courtroom to be designated later by minute order, and Judge Lloyd D. George shall preside from Las Vegas, Nevada.

THE COURT DIRECTS that during the video conference hearing, the parties shall have an opportunity to update the court on the status of <u>Kroshus v. United States</u>, 3:08-cv-0246-LDG-RAM, and <u>Uhouse v. United States Department of the Interior</u>, 3:08-cv-0285-LDG-RAM that may affect the order granting class certification and appointing class counsel and the notice of pendency of class action proposed by the plaintiffs on April 9, 2010.

DATED this **12TH** day of August, 2010.

Lloyd D. George
United States District Judge

3