# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA UHOUSE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF RECLAMATION, *et al.*,<br><br>Defendants. | Case No. 3:08-cv-0285-LDG-RAM<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFFS EMERGENCY MOTION TO COMPEL ANY AND ALL DECISION MAKERS FOR DEFENDANT UNITED STATES TO ATTEND A SETTLEMENT CONFERENCE COMMENCING THURSDAY, MAY 5, 2011** |
| JUDY KROSHUS, *et al.*<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, *et al.*<br><br>Defendants. | Case No. 3:08-cv-0246-LDG-RAM |

THIS MATTER comes before the Court on Plaintiffs' Emergency Motion to Compel Any and All Decision Makers for Defendant United States to Attend a Settlement Conference Commencing Thursday, May 5, 2011. The Court has considered the Emergency Motion and the Points and Authorities in support of the Motion, and the pleadings on file with the Court.

BASED UPON THE FOREGOING, the Court hereby orders as follows:

1. The Emergency Motion is granted.

2. Defendant United States of America shall bring any and all decision makers, whether said decision makers work at the Department of Justice, the Bureau of Reclamation, or any other Federal entity, to attend a Settlement Conference commencing Thursday, May 5, 2011, at 10:00 a.m. at Sunshine Litigation

1

1 | Services in Reno, Nevada before Mediator Michael Schoenfeld, Esq.

3. The United States' decision makers shall come ready, willing and able to discuss the United States' objections to Plaintiffs' settlement agreement with TCID and have all necessary authority to resolve any and all issues relating to TCID and/or Plaintiffs' settlement agreement with TCID.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

May 2, 2011
DATED: _____

2