FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG - 8 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Brent T. Kolvet, Esq.
State Bar No.: 1597
Thorndal, Armstrong, Delk, Balkenbush & Eisinger
6590 South McCarran Blvd., Suite B
Reno, NV 89509

UNITED STATED DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA UHOUSE, an individual; CRYSTAL G. ZAVAKLA, an individual; JAMES A. SLUSSER, an individual; DAVID M. And MARY A. HAIL; individually and/or as husband and wife; and ERNIE E. DUARTE, an individual, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF RECLAMATION; DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior; BOARD OF DIRECTORS OF THE TRUCKEE-CARSON IRRIGATION DISTRICT, as individuals; TRUCKEE-CARSON IRRIGATION DISTRICT, a political subdivision of the State of Nevada; DAVID OVERVOLD, in his capacity as the Project Manager of the TRUCKEE-CARSON IRRIGATION DISTRICT; and DOES 1-1000,<br><br>Defendants. | Case No.: 3:08-CV-00285-LDG-RAM<br><br>**ORDER APPROVING GOOD FAITH SETTLEMENT** |

This matter came on for hearing before the above-referenced Court on the joint motion filed by the City of Fernley and Lyon County for good faith settlement. Appearing on behalf of the Plaintiff class were Robert Maddox of the law firm of Maddox & Associates, Calvin R.X. Dunlap, of the firm of Dunlap & Laxalt, Eugene Leverty, Leverty & Associates, Robert Hager of the firm Hager & Hearne, and Lee Hotchkins, Esq. Appearing on behalf of the City of Fernley, Brent Kolvet of Thorndal, Armstrong, Delk, Balkenbush and Eisinger and appearing on behalf of Lyon County, Charles Burcham of Thoorndal, Armstrong, Delk, Balkenbush and Eisinger. The Court having reviewed the joint motion for good faith settlement and noting that there is no opposition to the motion on file and the Court being fully advised in

the premises, the Court makes the following findings and order:

1. That the settlement amounts to be paid by the City of Fernley ($5 million dollars) and Lyon County ($1.3 million dollars) are reasonable in light of the potential defenses to liability and the findings relates to other factors set forth below.

2. That the allocation of the settlement proceeds among Plaintiffs has been agreed to by the Plaintiffs and is therefore reasonable.

3. That the insurance policy limits of each of the settling Defendants is $10 million dollars, however, the insurance limits are self-consuming and should this matter have proceeded to trial, the available insurance would have been greatly reduced to the detriment of the Plaintiff class.

4. That these settling Defendants are political subdivisions of the State of Nevada and as such their financial condition have been greatly impacted by the general economic down turn so that the ability of these Defendants to pay any judgments outside of the available insurance would be severely limited, if non-existent. Settlement, therefore, within policy limits of the available insurance is in the best interests of the settling class and of these Defendants.

5. That the settlement was the result of arm's length, good faith negotiations conducted through the efforts of a court appointed mediator. Therefore, there is no evidence of collusion, fraud, or tortuous conduct intended to injure the interests of any non-settling Defendants.

**ORDER**

IT IS HEREBY ORDERED that based on the findings related to the factors the Court must consider that the settlement entered into between the Settling Class, the City of Fernley and the County of Lyon is in good faith and the Joint Motion for Good Faith Settlement is hereby granted.

DATED: August 8, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

THORNDAL, ARMSTRONG,
DELK, BALKENBUSH
& EISINGER
6590 S. McCarran, Suite B
Reno, Nevada 89509
(775) 786-2882

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | Pursuant to FRCP 5(b), I certify that I am an employee of Thorndal, Armstrong, Delk, |
| 3 | Balkenbush & Eisinger, and that on this date I caused the foregoing **ORDER APPROVING** |
| 4 | **GOOD FAITH SETTLEMENT** to be served on all parties to this action via the U.S. District |
| 5 | Court's e-filing (CM/ECF) system and/or by placing an original or true copy thereof in a sealed, |
| 6 | postage prepaid, envelope in the United States mail at Reno, Nevada, fully addressed as follows: |

| Counsel | Phone/Fax/Email | Partie(s) |
|---|---|---|
| Robert R. Hager. Esq.<br>Treva J. Hearne, Esq.<br>Hager & Hearne<br>245 E. Liberty Street, Suite 110<br>Reno, NV 89501 | Phone:  (775) 329-5800<br>Fax:      (775) 329-5819<br>E-Mail:<br>parrlawoffices@sbcglobal.net<br>TrevaHearn@aol.com | *Attorneys for Kroshus Plaintiffs and Adamson Plaintiffs* |
| Lee T. Hotchkin, Esq.<br>1025 Ridgeview Dr., Ste. 200<br>Reno, NV 89519 | Phone: (775)786-5791<br>Fax:      (775) 786-8524<br>E-Mail: lthotch@sbcglobal.com<br>hotchkinlaw@sbcglobal.net | *Attorneys for Kroshus Plaintiffs and Adamson Plaintiffs* |
| Randall K. Edwards, Esq.<br>The Kearns Building<br>136 South Main Street, Suite 700<br>Salt Lake City, UT 84101 | Phone:  (801) 328-0300<br>Fax:      (801) 328-4822<br>randallkedwards@yahoo.com | *Attorneys for Kroshus Plaintiffs and Adamson Plaintiffs* |
| Calvin R.X. Dunlap, Esq.<br>Monique Laxalt, Esq.<br>537 Ralston Street<br>Reno, NV 89503 | Phone:    (775) 323-7790<br>Fax:         (775) 323-5454<br>E-Mail: worldlyx@worldnet.att.net<br>danniellyk@sbcglobal.com | *Attorneys for Reynolds Plaintiffs* |
| Robert C. Maddox, Esq.<br>Robert C. Maddox & Associates<br>10587 Double R Blvd. Suite 100<br>Reno, NV 89521 | Phone:    (775) 322-3666<br>Fax:         (775) 322-6338<br>E-Mail:<br>rmaddox@maddoxandassociates.com | *Attorneys for Reynolds Plaintiffs* |
| Vernon E. Leverty, Esq.<br>Patrick R. Leverty, Esq.<br>William R. Ginn, Esq.<br>832 Willow Street<br>Reno, NV 89502 | Phone:   (775) 322-6636<br>Fax:        (775) 322-3953<br>E-Mail:  gene@levertylaw.com<br>pat@levertylaw.com<br>bill@levertylaw.com | *Attorneys for Reynolds Plaintiffs* |

THORNDAL, ARMSTRONG,
DELK, BALKENBUSH
& EISINGER
6590 S. McCarran, Suite B
Reno, Nevada 89509
(775) 786-2882

| Counsel | Phone/Fax/Email | Partie(s) |
|---|---|---|
| Charles L. Burcham, Esq.<br>Thorndal, Armstrong, Delk, Balkenbush & Eisinger<br>6590 S. McCarran Blvd, Suite B<br>Reno, NV 89509 | Phone:   (775) 786-2882<br>Fax:   (775) 786-8004<br>E-Mail: cburcham@thorndal.com | Attorneys for Defendant Lyon County |
| M. Craig Murdy, Esq.<br>The Doyle Firm, P.C.<br>8500 Capella Rico Avenue<br>Las Vegas, NV 89117-9055<br><br>William H. Doyle, Esq.<br>1313 E. Osborn Suite 220<br>Phoenix, AZ 85014 | Phone: (702) 240-9205<br>Fax:   (702) 873-2280<br>E-Mail: alg@doylelawgroup.com | Attorneys for Defendants Truckee Carson Irrigation District and Ernie Shanks |
| Anthony T. Case, Esq<br>Hayley B. Chambers, Esq.<br>Farmer Case & Fedor<br>2510 Wigwam Parkway, Suite 206<br>Henderson, NV 89074 | Phone:   (702) 579-3900<br>Fax:   (702) 739-3001<br>E-Mail: cfedor@farmercase.com<br>paralegal@farmercasenev.com | Attorneys for Defendant Keystone Realty, Inc. |
| Newell B. Knight, Esq.<br>Stephens, Knight & Edwards<br>401 Ryland Street, Suite 330<br>Reno, NV 89502 | Phone:   (775) 786-5776<br>Fax:   (775) 786-5044<br>E-Mail: nbknight@sbcglobal.com | Attorneys for Cal Eilrich, Dinah Eilrich and C.A.L. Investment Properties |
| Gregory A. Brower, Esq.<br>United States Attorney<br>Greg Addington, Esq.<br>Assistant United States Attorney<br>100 W. Liberty Street, Suite 600<br>Reno, NV 89501 | Phone: (775) 784-5438<br>Fax:   (775) 784-5181<br>E-Mail: greg.addington@usdoj.gov | Attorneys for Defendant United States of America |
| Michael J. Van Zandt, Esq.<br>Hanson Bridgett, LLP<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105 | Phone: (415) 777-3200<br>Fax:   (415) 995-3566<br>E-Mail: mvanzandt@hansonbridgett.com | Attorneys for Truckee-Carson Irrigation District |
| Thomas Mirczak, Esq.<br>Clayson & Marias<br>One East First Street, Suite 1400<br>Reno, NV 89501 | Phone: (775) 326-8200<br>Fax:   (775) 326-8206<br>E-Mail:<br>thomas.mirczak@zurichna.com<br>glenna.gish@zurichna.com<br>betty.dickison@zurichna.com | Attorneys for King Construction, Inc. |
| Michael E. Stoberski, Esq.<br>Zachary J. Thompson, Esq.<br>Olson, Cannon,<br>  Gormley & Desruisseaux<br>9950 West Cheyanne Avenue<br>Las Vegas, NV 89129 | Phone: (702) 384-4012<br>Fax:   (702) 383-0701<br>E-Mail: mstoberski@rocgd.com | Attorneys for Re/Max Realty and Judy Ashton |

| Counsel | Phone/Fax/Email | Partie(s) |
|---|---|---|
| Gary M. Pakele, Esq.<br>432 Court Street<br>Reno, NV 89501 | Phone: (775) 348-6699<br>Fax: (775) 786-5573<br>E-Mail: gmpakele@hotmail.com | *Attorneys for Altmann-Ott Homes* |
| John A. Aberasturi, Esq.<br>Erickson, Thorpe & Swainston<br>99 West Arroyo Street<br>Reno, NV 89509 | Phone: (775) 786-3930<br>Fax: (775) 786-4160<br>E-Mail: jaberasturi@etsreno.com | *Attorneys for LL Realty, Inc.* |
| Lyman F. McConnell, Esq.<br>1247 Rice Road<br>Fallon, NV 89406 | Phone: (775) 423-6923<br>Fax:<br>E-Mail: lyman@tcid.org | *Attorneys for Defendant Truckee Carson Irrigation District* |
| Jean A. Weil, Esq.<br>Jeremy Kilber, Esq.<br>Weil & Drage, APC.<br>2500 Anthem Village Drive<br>Henderson, NV 89052 | Phone: 702-314-1905<br>Fax: 702-314-1909<br>E-Mail: jweil@weildrage.com<br>jkilber@weildrage.com | TRC Engineers, fka Vpoint, Martin Ugalde, Robert Bidart and Michael Bidart |

DATED this __4th__ day of August, 2011.

/s/ Mary C. Wilson
An Employee of Thorndal, Armstrong, Delk, Balkenbush & Eisinger

THORNDAL, ARMSTRONG,
DELK, BALKENBUSH
& EISINGER
6590 S. McCarran, Suite B
Reno, Nevada 89509
(775) 786-2882