# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUDY KROSHUS, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>     Defendants. | 3:08-cv-0246-LDG-RAM<br>(Kroshus I) |
| ALICIA UHOUSE, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>     Defendants. | 3:08-cv-0285-LDG-RAM |
| BILL ADAMSON, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>     Defendant. | 3:08-cv-0621-LDG-RAM<br>(Adamson I) |

1

| | |
|---|---|
| LARRY J. MOORE, et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　Defendants. | 3:09-cv-0167-LDG-RAM |
| JAMES ADGETT, et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　Defendant. | 3:09-cv-0649-LDG-RAM |
| JUDY KROSHUS, et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　Defendants. | 3:09-cv-0713-LDG-RAM<br>(Kroshus II) |
| BILL ADAMSON, et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　Defendant. | 3:09-cv-0715-LDG-RAM<br>(Adamson II) |
| JASON AMES, et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　Defendant. | 3:10-cv-0463-LDG-RAM |

1         THE COURT HEREBY ORDERS that, given the order approving good faith settlement

2  (#658) in Kroshus v. United States (Kroshus I), 3:08-cv-0246-LDG-RAM, defendant Lyon

3  County's motion for summary judgment (#564) in that case is DENIED as moot.

4         THE COURT FURTHER ORDERS that, given the order approving good faith settlement

5  (#270) in Kroshus v. United States (Kroshus II), 3:09-cv-0713-LDG-RAM, defendant Lyon

6  County's motion for summary judgment (#195) in that case is DENIED as moot.

7         THE COURT FURTHER ORDERS that, given this court's order signed August 12, 2011,

8  granting in part and denying in part the United States' motion to dismiss (#20) in Adgett v. United

9  States, 3:09-cv-0649-LDG-RAM, the United States' motion to renew and reinstate that motion

10  (#69) is DENIED as moot.

11         THE COURT FURTHER ORDERS that, given the court's ruling from the bench on June

12  13, 2011, granting the United States' motion to strike jury demand and to strike claims for

13  prejudgment interest (#19) in Adgett v. United States, 3:09-cv-0649-LDG-RAM, the United

14  States' motion to renew and reinstate that motion (#71) is DENIED as moot.

15         THE COURT FURTHER ORDERS that, based on the similar reasoning used by the court

16  in its order signed on August 12, 2011, the United States' motion to dismiss duplicative claims by

17  certain plaintiffs (#45) in Kroshus v. United States (Kroshus II), 3:09-cv-713-LDG-RAM, is

18  hereby GRANTED.

19         THE COURT FURTHER ORDERS that, given the court's order signed August 12, 2011,

20  granting the United States' motion to dismiss duplicative claims (#21) and granting in part and

21  denying in part the United States' motion to dismiss (#23) in Adamson v. United States (Adamson

22  II 3:09-cv-0715-LDG-RAM, the United States' motions (#72 and #73) to renew those motions are

23  DENIED as moot.

24         THE COURT FURTHER ORDERS that, given the court's ruling from the bench on June

25  13, 2011, granting the United States' motion to strike jury demand and claims for prejudgment

26

interest and attorney's fees (#20) in <u>Adamson v. United States (Adamson II)</u>, 3:09-cv-0715-LDG-RAM, the United States' motion to renew that motion (#75) is DENIED as moot.

DATED this ____ day of September, 2011.

_____
Lloyd D. George
United States District Judge

4