JOHN T. WENDLAND, ESQ.
(Nevada Bar No. 007207)
JEREMY R. KILBER, ESQ.
(Nevada Bar No. 010643)
WEIL & DRAGE, APC
2500 Anthem Village Drive
Henderson, NV 89052
(702) 314-1905 • Fax (702) 314-1909
jwendland@weildrage.com; jkilber@weildrage.com
Attorneys for *Specially Appearing* Parties,
TRC ENGINEERS, INC. f/k/a VPOINT, MARTIN UGALDE,
ROBERT BIDART AND MICHAEL BIDART

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA UHOUSE, et. al., | 3:08-cv-00285-LDG-RAM |
| Plaintiffs, | |
| vs. | **ORDER GRANTING MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT** |
| UNITED STATES DEPARTMENT OF THE INTERIOR, | |
| Defendants. | |
| AND ALL RELATED MATTERS | |

## ORDER GRANTING MOTION FOR DETERMINATION OF GOOD FAITH

## SETTLEMENT

The Court having reviewed and considered *Specially Appearing* Parties, TRC

ENGINEERS, INC. f/k/a VPOINT'S (erroneously sued as V POINT ENGINEERING a/k/a TRC

ENGINEERING, INC.), MARTIN UGALDE'S, ROBERT BIDART'S and MICHAEL

BIDART'S (hereinafter collectively, "TRC Parties") Motion for Determination of Good Faith

Settlement, all papers and pleadings filed in this matter, having heard oral argument at the hearing

held thereon, and with GOOD CAUSE APPEARING, hereby enters its findings, conclusions and

judgment as follows:

{00218331;1}

WEIL & DRAGE
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
2500 Anthem Village Drive
Henderson, NV 89052
Phone: (702) 314-1905
Fax: (702) 314-1909

**FINDINGS**

1.    This matter arises out of a breach in the Truckee Canal on January 5, 2008 in and around the City of Fernley, County of Lyon, Nevada.

2.    The Plaintiffs, individually and as members of Class Actions, have filed numerous Complaints in Federal and State Courts against various parties, including the TRC Parties for alleged damages and injuries arising from the Truckee Canal breach on January 5, 2008 in Fernley, Nevada.

3.    The Plaintiffs and various parties in the Federal and State cases allege that the January 5, 2008 Truckee Canal breach in Fernley, Nevada occurred due to inadequate maintenance and operation of the Truckee Canal, among other reasons.  Plaintiffs further allege that flood waters from the Truckee Canal breach were impounded by the construction of various residential subdivisions and obstacles in and around the "A" Drain including the connection of Wrangler Lane and Wagon Wheel Lane commonly known as the "knuckle."

4.    The TRC Parties, serving as the plans checker for the City of Fernley, approved the design of the "knuckle" submitted by a Nevada registered engineer.

5.    On April 24, 2012, the TRC Parties and representatives of the Plaintiffs from all Federal and State cases, with assistance of Mr. Michael Schoenfeld, the appointed mediator, reached a global settlement of all claims, issues and damages (known and unknown) against the TRC Parties for the January 5, 2008 Truckee Canal breach.

6.    The Settlement Agreement provides that the TRC Parties shall collectively pay the sum of $1,725,000.00 in exchange for a full and complete release and dismissal of all claims, damages and issues against the TRC Parties in all Federal and State cases concerning the January 5, 2008 Truckee Canal breach.

7.    That there is no evidence or allegation that the global settlement between Plaintiffs and the TRC Parties was fraudulently, collusively or tortuously aimed at injuring any non-settling party.

8.    That the global settlement between the Plaintiffs, individually and as Classes, is and was made in good faith.

WEIL & DRAGE
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
2500 Anthem Village Drive
Henderson, NV 89052
Phone: (702) 314-1905
Fax: (702) 314-1909

{00218331;1}

## <u>ORDER</u>

1

2       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that *Specially Appearing*

3 TRC Parties' Motion for Determination of Good Faith Settlement is hereby GRANTED in its

4 entirety.

5       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the global settlement

6 between the Plaintiffs, individually and as Settling Classes, and the *Specially Appearing* TRC

7 Parties in the sum of One Million, Seven Hundred Twenty-Five Thousand Dollars and 00/100

8 Cents ($1,725,000.00) is and was made in good faith pursuant to N.R.S. 17.245.

9       IT IS FURTHER ORDERED, ADJUDGED AND DECREED that any and all Complaints,

10 Cross-Claims, Third-Party Complaints and/or any other claim or action filed against, or could have

11 been filed against the *Specially Appearing* TRC Parties in this action and all other Federal and State

12 cases concerning the January 5, 2008 Truckee Canal breach for equitable indemnity, implied

13 indemnity, partial/total indemnity and contribution are hereby dismissed with prejudice and

14 hereinafter barred against the *Specially Appearing* TRC Parties in this matter and all other Federal

15 and State cases concerning the January 5, 2008 Truckee Canal breach in Fernley, Nevada, pursuant to

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

WEIL & DRAGE
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
2500 Anthem Village Drive
Henderson, NV 89052
Phone: (702) 314-1905
Fax: (702) 314-1909

{00218331;1}

1   N.R.S. 17.245 and in accordance with the factors enumerated in <u>Doctors Company v. Vincent</u>, 98

2   P.3d 681 (2004).

3          IT IS SO ORDERED.

4          DATED this ____ day of January, 2013.

5

6                                          _____
                                           DISTRICT COURT JUDGE
7

8   RESPECTFULLY SUBMITTED BY:

9   WEIL & DRAGE, APC

10

11

12   _____
     JOHN T. WENDLAND, ESQ.
13   (Nevada Bar No. 007207)
     JEREMY R. KILBER, ESQ.
14   (Nevada Bar No. 010643)
     2500 Anthem Village Drive
15   Henderson, NV 89052
     (702) 314-1905 • Fax (702) 314-1909
16   jwendland@weildrage.com; jkilber@weildrage.com
17   Attorneys for *Specially Appearing* Parties,
     TRC ENGINEERS, INC. f/k/a VPOINT, MARTIN UGALDE,
18   ROBERT BIDART AND MICHAEL BIDART

19

20

21

22

23

24

25

26

27

28

WEIL & DRAGE
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
2500 Anthem Village Drive
Henderson, NV 89052
Phone: (702) 314-1905
Fax: (702) 314-1909

{00218331;1}