JOHN T. WENDLAND, ESQ.
(Nevada Bar No. 007207)
JEREMY R. KILBER, ESQ.
(Nevada Bar No. 010643)
WEIL & DRAGE, APC
2500 Anthem Village Drive
Henderson, NV 89052
(702) 314-1905 • Fax (702) 314-1909
jwendland@weildrage.com; jkilber@weildrage.com
Attorneys for Defendants,
TRC ENGINEERS, INC. f/k/a VPOINT ENGINEEERING,
MARTIN UGALDE, ROBERT BIDART AND MICHAEL BIDART



FILED ___ ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD

JAN 29 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY KROSHUS; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, et. al., <br><br> Defendants. | 3:08-cv-00246-HDM-RAM <br><br> **ORDER TO DISMISS PLAINTIFFS' COMPLAINT AND ALL CLAIMS AGAINST TRC ENGINEERS, INC. f/k/a VPOINT ENGINEERING, MARTIN UGALDE, ROBERT BIDART AND MICHAEL BIDART WITH PREJUDICE** |
| JUDY KROSHUS; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, et. al., <br><br> Defendants. | 3:09-cv-00713-LDG-RAM <br><br> **ORDER TO DISMISS PLINTIFFS' COMPLAINT AND ALL CLAIMS AGAINST TRC ENGINEERS, INC. f/k/a VPOINT ENGINEERING, MARTIN UGALDE, ROBERT BIDART AND MICHAEL BIDART WITH PREJUDICE** |
| ALICIA UHOUSE, et. al., <br><br> Plaintiffs, <br><br> vs. | |

{00525301;1}

| | |
|---|---|
| UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | 3:08-cv-00285-LDG-RAM<br><br>**ORDER TO DISMISS PLAINTIFFS' COMPLAINT AND ALL CLAIMS AGAINST TRC ENGINEERS, INC. f/k/a VPOINT ENGINEERING, MARTIN UGALDE, ROBERT BIDART AND MICHAEL BIDART WITH PREJUDICE** |

Pursuant to the Stipulation to Dismiss the Complaint and all claims against Defendants TRC Engineers, Inc. f/k/a VPoint Engineering, Martin Ugalde, Robert Bidart and Michael Bidart (collectively referred to hereinafter as the "TRC Defendants"), filed by the attorneys for the TRC Defendants on March 19, 2013 (#397) with approval and execution by the attorneys for the Plaintiffs in the above entitled actions, and for good cause appearing.

**IT IS HEREBY ORDERED** that the Complaint, all claims, causes of action and issues against the TRC Defendants only in the above-entitled actions are hereby dismissed *with prejudice*.

**IT IS HEREBY ORDERED** that this Order for Dismissal only applies to the TRC Defendants and the Complaint, claims, causes of action and issues against all other parties remain unchanged.

**IT IS FURTHER ORDERED** that each party shall bear their own fees and costs and the TRC Defendants shall be removed from the case caption as parties to these actions.

Dated this 23 day of January, 2014.

_____
DISTRICT COURT JUDGE

{00525301;1}