## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY KROSHUS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | 3:08-cv-0246-LDG<br>(Kroshus I) |
| ALICIA UHOUSE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>    Defendants. | 3:08-cv-0285-LDG |
| BILL ADAMSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | 3:08-cv-0621-LDG<br>(Adamson I) |

1

| | |
|---|---|
| LARRY J. MOORE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | 3:09-cv-0167-LDG |
| JAMES ADGETT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | 3:09-cv-0649-LDG |
| JUDY KROSHUS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | 3:09-cv-0713-LDG<br>(Kroshus II) |
| BILL ADAMSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | 3:09-cv-0715-LDG<br>(Adamson II) |
| JASON AMES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | 3:10-cv-0463-LDG |

Anticipating the agreed upon global settlement in this class action and the dismissal of the FTCA cases,

THE COURT HEREBY ORDERS that the following motions to set trial are DENIED without prejudice:

Kroshus v. United States, 3:08-cv-0246-LDG (#882)

Uhouse v. Bureau of Reclamation, 3:08-0285-LDG (#478)

Adamson v. United States, 3:08-cv-621-LDG (#457)

Moore v. United States, 3:09-cv-0167-LDG (#255)

Adgett v. United States Department of Interior, 3:09-cv-0649-LDG (#195)

Kroshus v. United States, 3:09-cv-0713-LDG (#416)

Adamson v. United States Department of Interior, 3:09-cv-0715-LDG (#398)

Ames v. Unites States, 3:10-cv-0463-LDG (#146)

DATED this 31 day of March, 2016.

_____
Lloyd D. George
United States District Judge